IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. DOUGHERTY,<br><br>              Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE<br>INSURANCE COMPANY<br>OF PITTSBURGH, PA,<br>              Defendant. | CIVIL ACTION NO. 22-3430 |

## ORDER

**AND NOW**, this 12th day of October 2022, upon consideration of the pending motions and the responses and replies hereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Motion for Expedited Remand [Doc. No. 6] is **GRANTED** as to remand and **DENIED** as to the request for fees and costs. The Clerk is directed to **REMAND** the case forthwith to the Philadelphia Court of Common Pleas, where it was filed at Case ID 211100640, and to **CLOSE** the case in the Eastern District of Pennsylvania.

2. Local 98's Motion to Intervene as a Party Defendant [Doc. No. 7] is **DISMISSED WITHOUT PREJUDICE AS MOOT.**

It is so **ORDERED**.

                                                                                                            BY THE COURT:

                                                                                                             /s/ Cynthia M. Rufe
                                                                                                             **CYNTHIA M. RUFE, J.**